# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146958

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERRY NEIL BOWLING,
      Defendant-Appellant.

SC: 146958
COA: 307658
Oakland CC: 2011-236582-FC

_____/

      On order of the Court, the application for leave to appeal the February 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

p0722